| | |
|---|---|
| GREGORY BRUMFIELD | NO. 23-K-112 |
| VERSUS | FIFTH CIRCUIT |
| STATE OF LOUISIANA | COURT OF APPEAL |
| | STATE OF LOUISIANA |

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

March 15, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** GREGORY BRUMFIELD

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE R. CHRISTOPHER COX, III, DIVISION "B", NUMBER 21-4417

---

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and John J. Molaison, Jr.

**WRIT GRANTED WITH INSTRUCTIONS**

In this *pro se* writ application, relator, Gregory Brumfield, seeks mandamus relief to compel the district court to rule on his "Motion to Suppress Evidence and Motion for Discovery." For the following reasons, we grant the writ with instructions.

Relator contends that he filed a motion to suppress evidence and a motion for discovery shortly after he was arraigned. Relator does not state the date these *pro se* motions were filed, nor does the writ application contain any documentation to show when these motions were filed. Regardless, we grant this writ application and order the trial court to rule on relator's motion to suppress evidence and motion for discovery within thirty days of the date of this ruling, if relator has in fact filed such motions and if the trial court has not yet ruled on such motions.

Further, if applicable, the trial court shall provide relator and this Court with copies of such rulings.

Gretna, Louisiana, this 15th day of March, 2023.

**JJM**
**JGG**
**MEJ**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **03/15/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-K-112**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable R. Christopher Cox, III (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Gregory Brumfield #1000314807 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054